AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | | |
|---|---|---|
| **Return** | | |
| Case No.: | Date and time warrant executed: 11/2/2018 | Copy of warrant and inventory left with: USPIS |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

Data from smartphone

FILED
CHARLOTTE, NC

MAY 17 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 17, 2019

_Executing officer's signature_

Mark Heath, Inspector
_Printed name and title_

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Certified to be a true and
correct copy of the original
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.
By: [signature]
Deputy Clerk
Date 11/1/18

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the Samsung model GT-19500 telephone with serial number 19500GSMH,<br>as described in Attachment A. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:18MJ374    Date 11/1/18

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ **Western** _____ District of _____ North Carolina _____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ **11/15/18** _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ any available or duty U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  11/1/18  2:30 PM                          [signature]
                                                                                          *Judge's signature*

City and state:     Charlotte, North Carolina                    Hon. David C. Keesler, U.S. Magistrate Judge
                                                                                          *Printed name and title*